IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-00128-CMA-MJW

THE ESTATE OF NORMAN FRANZ, by and through
its duly appointed special administrator Sonya Harris,
SONYA HARRIS, RHONDA KING, and KEVIN FRANZ,
Heirs at law of Norman Franz, deceased,

      Plaintiff,

v.

CHARLES J. FOX, M.D,
DENVER HEALTH MEDICAL CENTER,
and DENVER HEALTH AND HOSPITAL AUTHORITY,

      Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE DENVER HEALTH AND HOSPITAL AUTHORITY

      The parties have amicably resolved the dispute pending between them, and therefore agree that the pending action should be dismissed with prejudice for any claims that have been, or could have been,  brought against Defendant Denver Health and Hospital Authority, and further stipulate that all parties have agreed to pay their/its own costs and fees.  As a consequence of this resolution, this matter has been completely resolved, and the parties request that all pending appearances and pleadings that would otherwise be required be vacated.

      A proposed Order that memorializes these terms is submitted concurrently.

Dated this 23rd day of February, 2017.

| | |
|---|---|
| s/ Matthew L. Bretz, Esq. | s/ Alan D. Avery |
| BRETZ & YOUNG, L.L.C. | JAUDON & AVERY LLP |
| 3 Compound Drive | 600 Grant St. Ste. 505 |
| P.O. Box 1782 | Denver, CO 80203 |
| Hutchinson, KS 67504 | Telephone: (303) 832-1122 |
| Telephone: (620) 662-3435 | E-mail: aavery@jalegal.com |
| E-mail: matt@byinjurylaw.com | Attorney for Defendant: |
| Attorney for Plaintiff: | Denver Health and Hospital |
| THE ESTATE OF NORMAN FRANZ, | Authority. |
| by and through its duly appointed special administrator Sonya Harris, SONYA HARRIS, RHONDA KING, and KEVIN FRANZ, Heirs at law of Norman Franz, deceased. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing STIPULATION TO DISMISS WITH PREJUDICE DENVER HEALTH AND HOSPITAL AUTHORITY was electronically filed and served via ECF on February 23, 2017, to:

Matthew L. Bretz, Esq.
BRETZ & YOUNG LLC
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504
Attorney for Plaintiffs

        s/ Ingrid Seabourn
        JAUDON & AVERY LLP
        600 Grant St. Ste. 505
        Denver, CO 80203
        Telephone: 303-832-1122
        E-mail: iseabourn@jalegal.com