IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00128-CMA-MJW

THE ESTATE OF NORMAN FRANZ,
SONYA HARRIS, heir at law of Norman Franz, deceased, and as duly appointed special administrator,
RHONDA KING, heir at law of Norman Franz, deceased and
KEVIN FRANZ, heir at law of Norman Franz, deceased

    Plaintiffs,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

**ORDER DISMISSING WITH PREJUDICE DENVER HEALTH AND HOSPITAL AUTHORITY**

    This matter is before the Court on the parties' Stipulation to Dismiss With Prejudice Denver Health and Hospital Authority (Doc. #16).  Having reviewed the Motion and being otherwise advised in the premises, the Court finds that good cause supports the same, and it is therefore

    ORDERED that the parties' Stipulation to Dismiss With Prejudice Defendant Denver Health and Hospital Authority is GRANTED.  It is

    FURTHER ORDERED that each party shall pay their own costs, expenses, and attorneys' fees.  It is

FURTHER ORDERED that the Scheduling/Planning Conference set for March 23, 2017 at 10:30 a.m. is VACATED.

DATED: February 23, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge